# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carissa Rosario, et al., | No. CV-23-00081-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Cactus Hospitality Group LLC, | |
| Defendant. | |

The operative Complaint in this case was filed on January 13, 2023. As of today, Plaintiff was given two extensions to accomplish service. The most recent deadline to file proof of service has passed and good cause has not been shown to extend the time a third time. Therefore,

**IT IS ORDERED** directing the Clerk of Court to terminate this case.

Dated this 21st day of September, 2023.

Honorable Susan M. Brnovich
United States District Judge